COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NOS.
2-05-057-CR

                                                 
2-05-101-CR

 

CHARLES THOMAS COTTEN                                                 APPELLANT

A/K/A CHARLES THOMAS COTTON

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

        FROM CRIMINAL DISTRICT
COURT NO. 1 OF TARRANT COUNTY

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s AMotion
To Withdraw Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                                              

PER
CURIAM

 

PANEL D:   WALKER, J., CAYCE, C.J.; and MCCOY, J.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED: March 16, 2006                                                 











[1]See Tex. R. App. P. 47.4.